# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D2024-2934

—————————————————

CHARLES HENRY PERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.


October 8, 2025

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 411 So. 3d 392, 399 (Fla. 2025) (holding that *Erlinger v. United States*, 602 U.S. 821 (2024) does not apply retroactively).

OSTERHAUS, C.J., and M.K. THOMAS and NORDBY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Charles Henry Perry, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.